UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00287-IM |
| v. | INFORMATION |
| JAMES HICKERSON | 41 C.F.R. § 102.74.385 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about July 29, 2020, in the District of Oregon, the defendant **JAMES HICKERSON** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 29, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s Ashley R. Cadotte*_____
ASHLEY R. CADOTTE, OSB ##122926
Assistant United States Attorney