BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00287-SI |
| v. | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE |
| JAMES HICKERSON, | |
| Defendant. | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: December 7, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_/s/ Ashley R. Cadotte_____
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney