UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00287-SI |
| v. | **ORDER DISMISSING INFORMATION WITH PREJUDICE** |
| **JAMES HICKERSON,** | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice, and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, James Hickerson, in the above-captioned case, filed on July 29, 2020 be DISMISSED with prejudice.

Dated: December _7th_, 2020

_/s/ Michael H. Simon_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney


_/s/ Ashley R. Cadotte_____
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney